S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| WALTER G RAWLS, III | Case No. 10-12432-PHX SSC |
| Debtor(s) | NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY |

NOTICE IS GIVEN THAT S. William Manera, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

Real property located at 1005 S. 181st Ave., Goodyear, AZ 85338.

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Ave., Phoenix, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his/her Attorney at the following address:

TRUSTEE: S. William Manera, Box 44350, Phoenix, AZ 85064-4350

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| August 4, 2010 | /s/ S. William Manera |
|---|---|
| Date | S. William Manera, Trustee |